✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  4:14-CR-31-001 (CDL) |
| **PERLEY PERKINS, JR.** | |

On May 8, 2018, the supervised release period of 36 months commenced. Perley Perkins Jr., has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

*Jeannie P. Grizzard*

Jeannie P. Grizzard
Drug & Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  29th  day of  July , 2020.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE